IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>Tyjuan Montez Tooks,<br><br>             Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: DOUGLAS L. MICKO<br>U.S. Magistrate Judge<br><br>Case No: 23-mj-615 JFD<br>Date: June 26, 2024<br>Courthouse: St. Paul<br>Courtroom: 3C<br>Time Commenced: 11:02 a.m.<br>Time Concluded: 12:15 p.m.<br>Time in Court: 1 hour 13 minutes |

**X** **PRELIMINARY/DETENTION HRG**
    Time in Court Prelim/Det: [36 minutes/37 minutes]

**APPEARANCES:**

  Plaintiff: Rachel Kraker, Assistant U.S. Attorney
  Defendant: Earl Gray and Amanda Montgomery
               X CJA

On    X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release

X Probable cause found. Deft bound over to District Court of Minnesota


Additional Information:
David Carriker testified.
Government Exhibits 1 & 2 admitted for purposes of this hearing.

                                                                  *s/nah*
                                               Signature of Courtroom Deputy