# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

TYJUAN MONTEZ TOOKS,

                Defendant,      Criminal No. 24-cr-00188 (PAM/JFD)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

        (X) Ad Prosequendum        ( )Ad Testificandum

Name of Detainee:  TYJUAN MONTEZ TOOKS
Detained at (custodian):  HENNEPIN COUNTY JAIL

The government is requesting the **United States Marshals Service** to transport detainee.

Detainee is:  a.)  (X) charged in this district by: Indictment
Charging Detainee With: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Felon in Possession of a Firearm); and 18 U.S.C. §§ 922(o) and 924(a)(2) (Possession of a Machinegun).
    or  b.)  () a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  (X) return to the custody of detaining facility upon termination of this proceeding
    or  b.)  () be retained in federal custody until final disposition of federal charges.

Appearance is necessary on August 20, 2024, at 9:00 a.m. in the courtroom of The Honorable John F. Docherty in Saint Paul, MN.

Dated: August 12, 2024                            *S/Rachel L. Kraker*
                                                    RACHEL L. KRAKER, AUSA

## WRIT OF HABEAS CORPUS

        (X)Ad Prosequendum        ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

August 12, 2024                               *s/ Elizabeth Cowan Wright*
Date                                                 THE HONORABLE ELIZABETH COWAN WRIGHT
                                                 UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/2000 |
| Facility Address: | 401 South 4th Avenue, Suite 100 | Race: | |
| | Minneapolis, MN 55415 | FBI #: | |
| Facility Phone: | 612-348-5112 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____  _____
                                                                                   (Signature)