UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 24-188 (PAM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Tyjuan Montez Tooks, | |
| Defendant. | |

_____

This matter is before the Court on the Government's unopposed Motion to Continue Sentencing Hearing. (Docket No. 58.) The Government seeks to continue the sentencing hearing, which is currently scheduled for March 25, 2025, for thirty days to allow additional time to determine the status of Defendant's pending state charges and the impact they may have on his federal sentence.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Government's Motion to Continue Sentencing Hearing (Docket No. 58) is **GRANTED;**

2. Defendant's sentencing hearing is continued to a date and time to be determined; and

3. The parties' position papers are due two weeks before the sentencing hearing.

Dated: March 5, 2025

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge